7032

### LITTLE v. BARKSDALE.

INJUNCTION—ELECTION.—This Court will not enjoin a special election when parties complaining have a plain and adequate remedy at law by contest before board of canvassers and no property rights are involved.

Petition in the original jurisdiction of this Court by J. W. Little *et al.* against C. D. Barkesdale *et al.,* election commissioners of Laurens county, to enjoin them from holding a special election on question of maintaining county dispensaries in Laurens county in connection with the general election of 1908.

The allegation upon which the petitioners rested their case was that the supervisor of Laurens county was in error when he held that the petitions asking him to order such special election were signed by one-fourth of the qualified electors of the county. This allegation in the petition was denied in the return, and the petition was also demurred to, on the ground that the petitioners had a plain and adequate remedy by contest before board of canvassers.

*Messrs. Cannon & Blackwell,* for petitioners.

*Messrs. Simpson, Cooper & Rabb, Ferguson & Featherstone* and *W. R. Richey,* contra.

October 17, 1908. PER CURIAM. After hearing the petition for injunction, and affidavits in support thereof, the Court is of opinion that the petitioners have a plain and adequate remedy at law and that no property rights are involved justifying the interference of this Court with the election by injunction.

It is, therefore, ordered that the demurrer be sustained and the petition dismissed.

MR. JUSTICE GARY *did not sit in this case.*